

# Fourth Court of Appeals
## San Antonio, Texas

December 30, 2014

No. 04-14-00728-CR

Aghil **ANSARI**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the County Court at Law No. 13, Bexar County, Texas
Trial Court No. 386397
The Honorable Monica A. Gonzalez, Judge Presiding

# O R D E R

On November 24, 2014, the interim Chief Public Defender of Bexar County, Texas filed a motion asking this court to abate this appeal to the trial court for a determination of whether appellant is in fact indigent and entitled to representation by the Bexar County Public Defender's Office. This court granted the motion and abated the appeal. On December 23, 2014, the trial court filed findings of fact and conclusions of law in which it determined appellant desired to prosecute his appeal and appellant is indigent. The trial court appointed the Bexar County Appellate Public Defenders Office to represent appellant on appeal.

The clerk's record has been filed. Ms. Kandy K. Halley is the court reporter responsible for preparing, certifying, and filing the reporter's record in this appeal. Ms. Halley is hereby ORDERED to file the reporter's record <u>no later than January 28, 2015.</u>

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of December, 2014.

Keith E. Hottle
Clerk of Court